IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**GAVIN WHITE,**

    **Plaintiff,**

v.                                      Civil Action No.: 2:11-cv-01014

**ROARK-SULLIVAN LIFEWAY CENTER, INC.,**

    **Defendant.**

### FINAL ORDER DISMISSING ACTION

Pursuant to Rule 41(a)(2) of the *Federal Rules of Civil Procedure*, it is hereby **AGREED** and **STIPULATED** by the parties and their respective counsel, that the Plaintiff, Gavin White's, claims as against Defendant, Roark-Sullivan Lifeway Center, Inc., be dismissed with prejudice and that this Civil Action be stricken from the docket of this Court. Additionally, the parties and their respective counsel agree that any claims or causes of action which may exist on behalf of the Defendant as against the Plaintiff for sanctions be dismissed with prejudice.

It is further **STIPULATED** and **AGREED** that the parties to this voluntary dismissal will bear their own attorney fees and costs of this action.

Finding the Agreements and Stipulations of the parties and their counsel to be appropriate and proper, the Court hereby **ORDERS**, **ADJUDGES** and **DECREES** that this Civil Action be, and the same hereby is, **DISMISSED WITH PREJUDICE**. The parties are **ORDERED** to bear their own attorney fees, costs and expenses incurred in this action.

The Clerk is directed to remove this Civil Action from the active docket of the Court.

It is so **ORDERED** this __14__ day of ___Sept___, 2012.

_____
Honorable Joseph Robert Goodwin

Agreed and Stipulated to by:

___/s/ G. Patrick Jacobs_____
J. Michael Ranson, W.Va. Bar # 3017
Cynthia M. Ranson, W.Va. Bar #4983
George B. Morrone III, W.Va. Bar #4980
RANSON LAW OFFICES
1562 Kanawha Blvd. East
Charleston, WV 25336-3589
Telephone - (304) 345-1990
JMR@Ransonlaw.com

and

G. Patrick Jacobs, W.Va. Bar # 1867
JACOBS LAW OFFICES
7020 MacCorkle Avenue, SE
Telephone – (304) 926-6676
pjacobs@bjblaw.com

*Counsel for Gavin White*

___/s/ Timothy L. Mayo_____
Timothy L. Mayo, W. Va. Bar # 5771
Kurt E. Entsminger, W.Va. Bar #1130
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
P. O. Box 3843
Charleston, WV 25338
Telephone: (304) 347-4278
Facsimile: (304) 345-0260

*Counsel for Roark-Sullivan Lifeway Center, Inc.*